

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2018

No. 04-18-00751-CV

**IN RE R.P., III, N.J.P., L.M.P., T.J.P., AND D.D.P.,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02162
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant's motion for an extension of time to file a notice of appeal, which we construe also as a response to our November 1, 2018 order requesting that counsel reasonably explain the failure to timely file the notice of appeal under Verburgt v. Dorner, 959 S.W.2d 615, 615 (1997), is granted. Although the clerk's record in this case has been filed, neither the docketing statement nor the reporter's record in this case has been filed. We ORDER counsel for appellant, Shawn Sheffield, to file the docketing statement within 10 days of this order.

Furthermore, on October 30, 2018, this court notified the court reporter, Elva Chapa, that the reporter's record was past due and the reporter's record must be filed within 10 days of our letter. The court reporter has not filed the reporter's record or otherwise responded to our October 30, 2018 letter. We therefore ORDER the court reporter, Elva Chapa, to file the reporter's record within 10 days of this order. Requests for additional time to file the reporter's record will be disfavored.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court